DECEMBER 12, 1975

No. 75–817. NEBRASKA PRESS ASSN. ET AL. *v.* STUART, JUDGE. Sup. Ct. Neb. Motion of Nebraska Press Assn. et al. for leave to treat their application as a petition for certiorari having been heretofore granted [*ante,* p. 1011], it is ordered:

1. Petition for writ of certiorari granted;

2. Motion to expedite denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant motion.

3. Application for stay denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant application. MR. JUSTICE WHITE would stay judgment of the Nebraska Supreme Court to the extent that its order forbade the publication of information disclosed in public at the preliminary hearing in the criminal case out of which this case arose. In this respect, he is in disagreement with the Court's actions in this case today. He joins the Court in granting the petition for writ of certiorari and in ordering plenary consideration of this case, which as he understands it, raises issues broader than the power of the State to enjoin the publication of facts disclosed at a public hearing in a state court. Being convinced that these questions should be decided only after adequate briefing and argument and ample time for mature consideration, he is in agreement that we should not attempt to hear and decide this case prior to the beginning of the criminal trial in early January.

4. Petitioners Nebraska Press Assn. et al. are invited to file an amended petition for certiorari on or before December 30, 1975. Responses may be made in accord with the Court's Rules.